IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:18-cv-00007

| | |
|---|---|
| MARCIA HARTEN, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF VOLUNTARY** |
| v. ) | **DISMISSAL WITH** |
| ) | **PREJUDICE PURSUANT** |
| ) | **TO FRCP 41(a)(1)(A)(i)** |
| TELCO CREDIT UNION, ) | |
| a credit union, ) | |
| ) | |
| Defendant. ) | |

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Marcia Harten voluntarily dismisses the above-captioned action with prejudice. Each party shall bear its own fees and costs.

/s/ Marty E. Miller
Marty E. Miller
R. Daniel Gibson
Cary Law
Post Office Box 3525,
Cary, NC 27519
Phone: (919) 462-1640
Facsimile: (919) 462-1641
Marty@CaryLawNC.pro
State Bar Nos. # 22215, 49222
Local Civil Rule 83.1(d) Counsel

Scott J. Ferrell, Esq.
Victoria Knowles, Esq.
Pacific Trial Attorneys

4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Phone: (949) 706-6464
Fax: (949) 706-6469
sferrell@pacifictrialattorneys.com
vknowles@pacifictrialattorneys.com

*Attorneys for Plaintiff*

# Certificate of Service

I hereby certify that on June 4, 2018, I electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i) with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

ANN H. SMITH
JACKSON LEWIS P.C.
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Ann.Smith@jacksonlewis.com

/s/ Marty E. Miller

Marty E. Miller
R. Daniel Gibson
Cary Law
Post Office Box 3525,
Cary, NC 27519
Phone: (919) 462-1640
Facsimile: (919) 462-1641
Marty@CaryLawNC.pro
State Bar Nos. # 22215, 49222
Local Civil Rule 83.1(d) Counsel

Scott J. Ferrell, Esq.
Victoria Knowles, Esq.
Pacific Trial Attorneys
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Phone: (949) 706-6464
Fax: (949) 706-6469
sferrell@pacifictrialattorneys.com
vknowles@pacifictrialattorneys.com

*Attorneys for Plaintiff*